USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 7/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IMAN PHARMACY, INC.,

Plaintiff,

-against-

LUPIN PHARMACUETICALS, INC.,

Defendant.

No. 26-CV-5831 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court is in receipt of Plaintiff Iman Pharmacy, Inc.'s ("Plaintiff") motion to remand this action to state court (the "Motion"). (ECF Nos. 6–7.) Plaintiff, however, failed to seek leave to file the Motion. Nor did Plaintiff file the requisite pre-motion conference letter, as required by this Court's rules. Notwithstanding this deficiency, the parties are directed to adhere to the following briefing schedule for the Motion:

**1)** Defendant Lupin Pharmaceuticals, Inc. shall serve (but not file) its opposition papers on August 20, 2026; and

**2)** Plaintiff shall serve its reply papers, if any, on September 4, 2026.

All motion papers shall be filed on the reply date, September 4, 2026. The parties are directed to mail two hard copies of all motion papers to Chambers and to email an electronic copy of each submission to Chambers at the time it is served. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 6.

Dated: July 21, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge